UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00139 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CALVIN E. BRASWELL, JR. | MAGISTRATE JUDGE HAYES |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the defendant Calvin Braswell, Jr., and adjudges him guilty of the offense charged in Count Two of the Indictment against him.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts defendant's agreement to forfeit and abandon any claim or interest he may have in the firearm(s) and ammunition described in the Indictment.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 11th day of October, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE